UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| STEVEN MCINCHAK,<br><br>Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF CARMEL-BY-THE-SEA, JASON STILWELL, CITY ADMINISTRATOR OF THE CITY OF CARMEL-BY-THE-SEA, SUSAN PAUL, ADMINISTRATIVE SERVICES DIRECTOR OF THE CITY OF CARMEL-BY-THE-SEA; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:14-cv-03084 (RMW), (HRL)<br><br>**[] ORDER REMANDING ACTION TO STATE COURT PER STIPULATION**<br><br>*Action Filed:*   June 4, 2014<br>*Trial Date:*   Not Set |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[] ORDER REMANDING ACTION PER STIPULATION (5:14-cv-03084 (RMW), (HRL).)
DOCSOC/1676259v1/102910-0006

1 The STIPULATION RE REMAND OF CASE, DISMISSAL OF DEFENDANTS JASON STILWELL AND SUSAN PAUL AND WITHDRAWAL OF ANTI-SLAPP MOTION ("Stipulation"), filed concurrently herewith, having been jointly executed by and among Plaintiff Steven McInchak on the one hand, and Defendants Jason Stilwell, Susan Paul and the City of Carmel-by-the Sea on the other, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Stipulation be entered.
2. Pursuant to the Stipulation, the above-captioned action is hereby remanded to the Superior Court of California, Monterey County. The federal court clerk is ordered to send a certified copy of this order of remand to the clerk of the Superior Court of California, Monterey County.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*

JUDGE OF THE UNITED STATES
DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[] ORDER REMANDING ACTION PER STIPULATION (5:14-cv-03084 (RMW), (HRL).)
DOCSOC/1676259v1/102910-0006